**Order entered March 14, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00048-CV

**ADRIAN BOOKER, ET AL., Appellants**

**V.**

**ANISSA MAHMOUDI, ET AL., Appellees**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-01795-2018**

## ORDER

Before the Court is the March 13, 2019 request of Stacey Kemp, Collin County Clerk, for an extension of time to file the clerk's record. She informs the Court that appellants have not yet paid the fee for preparation of the clerk's record. By order dated March 11, 2019, the trial court determined that appellant Adrian Booker was not indigent.

Accordingly, we **GRANT** the request as follows. We **ORDER** appellants to file, by **March 29, 2019**, written verification that they have paid the fee for preparation of the clerk's record. We caution appellants that failure to comply may result in dismissal of the appeal for want of prosecution without further notice. *See* TEX. R. APP. P. 37.3(b).

/s/     ERIN A. NOWELL
         JUSTICE